IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01250-WYD-PAC

MIKEAL GLENN STINE,

    Plaintiff,

v.

RON WILEY, Warden, ADX Florence, CO.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

AUG - 3 2007

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendant.

Dated: August 2, 2007

BY THE COURT:

*[signature]*

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01250-WYD-PAC

Mikeal Glenn Stine
Reg. No. 55436-098
ADX - Florence
PO Box 8500
Florence, CO 81226

Ron Wiley - **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on Ron Wiley; to The United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 07/09/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/3/07      .

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk