**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kristen L. Mix**

**Civil Action No.: 07-cv-01250-WYD-KLM**       **FTR** - Reporter Deck - Courtroom A-501
**Date: October 24, 2007**                                   Courtroom Deputy,  Ellen E. Miller

_____

MIKEAL GLENN STINE,                                   Pro Se     (by telephone)
#55436-098

     **Plaintiff(s),**

v.

RON WILEY,                                                        J.  Benedict Garcia
in his official and his individual capacity,                              (by telephone)

     **Defendant(s).**
_____

**COURTROOM   MINUTES  /  MINUTE  ORDER**
_____

**HEARING:  TELEPHONIC PRELIMINARY RULE 16(b)  SCHEDULING CONFERENCE**
Court in Session:   1:00 p.m.
Court calls case.  Telephonic appearance of *Pro Se* Plaintiff and defense counsel.

Opening statements by the Court.

Discussion is held regarding Mr. Stine's concerns that Mr. Garcia is not fully authorized to represent
Mr. Wiley in his official and his individual capacity.  Mr. Garcia states he is Mr. Wiley's authorized
legal representative in both capacities.

**It is ORDERED:**     Plaintiff's MOTION FOR DEFAULT JUDGMENT [Docket No. **23**, Filed
                          October 11, 2007] is **DENIED** for the  reasons set forth on the record.

**It is ORDERED:**     Plaintiff shall have to and including **OCTOBER 30, 2007** within which to file
                          his RESPONSE to Defendant's Motion to Dismiss [Docket No. 21, Filed
                          October 09, 2007].
                          Defendant shall have to and including **NOVEMBER 14, 2007** within which
                          to file his REPLY.

*07-cv-01250-WYD-KLM*
*Preliminary Scheduling Conference*
*October 24, 2007*

**It is ORDERED:**   All proceedings in this civil action are  **STAYED**  pending a decision on the Defendant's Motion to Dismiss.  Because of the STAY, no motions shall be filed in this civil action until the stay is lifted or by further order of the Court.

Discussion is held regarding Mr. Stine's concerns that he does not have adequate paper to file his motions and/or  make copies.   To the extent Mr. Stine is requesting the Court to circumvent the Administrative Procedure, that request is denied.

HEARING CONCLUDED.
**Court in Recess**:   1:25 p.m.
Total   In-Court Time:     00:25