IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01250-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff(s),

v.

RON WILEY, Warden, ADX
    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to Stay Proceedings [Docket No. 31; filed November 28, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**. At the Status Conference held on October 24, 2007, I entered an Order [Docket No. 25] staying this case pending a decision on Defendant's Motion to Dismiss [Docket No. 21]. Plaintiff is further reminded that his Response to Defendant's Motion to Dismiss is due November 30, 2007.

    Dated: November 29, 2007