IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01250-WYD-KMT

MIKEAL GLENN STINE,

    Plaintiff,

v.

RON WILEY, Warden, ADX Florence, CO,

    Defendant.

---

## ORDER

---

THIS MATTER is before the Court on Petitioner Mikeal Glenn Stine's Motion to Add Curcial Exhibits in Support of Writ of Mandamus, filed June 25, 2007 (docket #5). Having reviewed the Motion, I find that the Motion is without merit. It is hereby

ORDERED that Petitioner's Motion to Add Curcial Exhibits in Support of Writ of Mandamus, filed June 25, 2007 (docket #5) is DENIED.

Dated: March 10, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge