IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01250-WYD-KMT

MIKEAL GLENN STINE,

    Plaintiff,

v.

RON WILEY, Warden, ADX,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion for Evidentiary Hearing/and to Recuse Magistrate Mix" (#41, filed March 19, 2008) is DENIED as moot. This case has been reassigned to Magistrate Judge Kathleen M. Tafoya.

Dated: April 1, 2008