IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01250-WYD-KMT

MIKEAL GLENN STINE,

      Plaintiff,

v.

RON WILEY, Warden, ADX Florence, CO,

      Defendant.

---

**ORDER AFFIRMING AND ADOPTING
UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION**

---

I.     Introduction

     This matter is before the Court on the Defendant's Motion to Dismiss which was filed on October 9, 2007 (docket #21).  The matter was referred to Magistrate Judge Mix for a recommendation by Order of Reference dated October 10, 2007.  Magistrate Judge Mix issued a  Recommendation on August 8, 2008, which is incorporated herein by reference.  See 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72(b), D.C.COLO.LCivR. 72.1.

II.    Analysis

     Magistrate Judge Mix recommends that Defendant's Motion to Dismiss be granted.   On August 15, 2008, Plaintiff filed a timely Objection, which necessitates a de novo determination as to those specified proposed findings or recommendations to which objection is made since the nature of the matter is dispositive.  FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1).

I now turn to the merits of the Recommendation. Magistrate Judge Mix found that Plaintiff's claims pursuant to *Bivens* against Defendant Ron Wiley in his official capacity are barred by sovereign immunity and recommended that these claims be dismissed for lack of subject matter jurisdiction. Recommendation at 7.

As to the Plaintiff's Claims One and Two, Magistrate Judge Mix found that although asserted as two separate claims they allege the same disparate and discriminatory treatment by Defendant and should be analyzed as one equal protection claim. Id. She also found that Plaintiff has not alleged that Defendant acted based upon a discriminatory intent or motive. Further, she found that Plaintiff does not allege that he experienced different conditions than other similarly situated inmates in the "C-Range" SHU. Nor has he alleged that his a member of a constitutionally protected class or that he has been denied a fundamental right. Id. at 8. Therefore, Defendant's action of prohibiting radios need only bear a rational relation to a legitimate state purpose. Id. (citing *Vacco v. Quill*, 521 U.S. 793, 799 (1997)). Magistrate Judge Mix found that Plaintiff's Complaint fails to allege facts sufficient to overcome the presumption of reasonableness applied to prison policies and Plaintiff's Claims One and Two should be dismissed. Id. at 10. I agree with Magistrate Judge Mix that Plaintiff's Claim One and Two should be dismissed.

As to the First Amendment claim, Magistrate Judge Mix found that Plaintiff merely makes a conclusory statement that his First Amendment rights were violated, that he does not state that his beliefs are religious in nature, that he has not alleged any facts showing the inability to watch religious programing was necessary to the practice

of his religion, and that he has not clearly described the nature of the religious practice or ritual he was prevented from conducting or its relevance to his religion. Id. at 11. Therefore, Magistrate Judge Mix found, in the absence of such allegations, Plaintiff cannot show a violation of his First Amendment Free Exercise rights and Plaintiff's Claim Three must be dismissed. Id. I agree with Magistrate Judge Mix that Plaintiff's Third Claim for relief should be dismissed.

Plaintiff objects to the Recommendation asserting that it is not his fault that the Court did not receive his response to the Motion to Dismiss and that because he is a *pro se* Plaintiff Magistrate Judge Mix should allow him to amend the Complaint. Plaintiff cites no case law and fails to provide any specific arguments as to why he believes Magistrate Judge Mix's recommendation is misplaced. While I acknowledge that Plaintiff is unhappy with Magistrate Judge Mix's recommendation, such complaints do not constitute a valid legal objection.

Having reviewed Magistrate Judge Mix's Recommendation and Plaintiff's Objection, I find that the Recommendation is well-reasoned and thorough. Accordingly, for the reasons stated above, it is

ORDERED that the Recommendation of United States Magistrate Judge (filed August 8, 2008) is **AFFIRMED AND ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that Defendant's Motion to Dismiss, filed October 9, 2008 (docket #21) is **GRANTED**. It is

FURTHER ORDERED that this case is **DISMISSED**.

Dated:  September 16, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge